# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THYSSENKRUPP FABCO CORP.,
a Nova Scotia Corporation,

    Plaintiff,

Case No. 04-CV-74331

v.

Hon. Nancy G. Edmunds

HEIDTMAN STEEL PRODUCTS, INC.,
a Michigan corporation,

Magistrate Judge Mona K. Majzoub

    Defendant.

## STIPULATION TO DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, having resolved their differences, hereby stipulate to dismiss all claims of any kind in the above case with prejudice, all parties to bear their own costs and attorney fees.

_____　　　_____
Daniel N. Sharkey (P53837)　　　　　　　John M. Carey (OH 0006248)
Eric M. Mathis (P65384)　　　　　　　　Robert Bohmer (OH 0063419)
Attorneys for Plaintiff　　　　　　　　　　Patrice S. Arend (P56962)
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant