UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THYSSENKRUPP FABCO CORP.,
a Nova Scotia Corporation,

    Plaintiff,

Case No. 04-CV-74331

v.

Hon. Nancy G. Edmunds
HEIDTMAN STEEL PRODUCTS, INC.,     Magistrate Judge Mona K. Majzoub
a Michigan corporation,

    Defendant.

## STIPULATION TO DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, having resolved their differences, hereby stipulate to dismiss all claims of any kind in the above case with prejudice, all parties to bear their own costs and attorney fees.

/s/ Daniel N. Sharkey
Daniel N. Sharkey (P53837)
Eric M. Mathis (P65384)
Attorneys for Plaintiff

/s/ Patrice S. Arend
John M. Carey (OH 0006248)
Robert Bohmer (OH 0063419)
Patrice S. Arend (P56962)
Attorneys for Defendant