# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THYSSENKRUPP FABCO CORP.,
a Nova Scotia Corporation,

    Plaintiff,

v.

HEIDTMAN STEEL PRODUCTS, INC.,
a Michigan corporation,

    Defendant.

Case No. 04-CV-74331

Hon. Nancy G. Edmunds
Magistrate Judge Mona K. Majzoub

## DISMISSAL ORDER

Based on the separately filed Stipulation of the parties, IT IS ORDERED that all claims of any kind between the parties involved in this case are DISMISSED with prejudice, the parties to bear their own costs and attorney fees. This Order of Dismissal is a final order disposing of the entire case.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: July 21, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 21, 2005, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager